**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

OMAR MOHAMMED ALI AL-RAMMAH,[1]

Petitioner,

v.

JOSEPH R. BIDEN, JR., in his official
capacity as President of the United States, *et al.*

Respondents.

Civil Action No. 05-2380 (CKK)

---

**ORDER**
(October 28, 2024)

For the reasons stated in the accompanying Classified Memorandum Opinion, it is

**ORDERED** that Petitioner Omar Mohammed Ali al-Rammah's Motion for Judgment on the

Record is **DENIED**; the Merits Hearing that is scheduled to begin on November 18, 2024 shall

proceed as scheduled; and Petitioner al-Rammah's request to exclude specific documents from the

Court's consideration at the Merits Hearing is **DENIED**.

It is further **ORDERED** that on or before December 2, 2024, the Respondents shall

complete a classification review of the accompanying Classified Memorandum Opinion and

provide the Court with a redacted version that may be posted on the public docket.

**SO ORDERED.**

**Dated:** October 28, 2024

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] The Court identifies the Petitioner using the name that appears in the caption of his pending Motion for Judgment on the Record. The Petitioner is also identified elsewhere in the parties' submissions, including in his original Petition for Writ of Habeas Corpus, ECF No. 2, by the name Zakaria al-Baidany.

1